**DISMISS and Opinion Filed March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00875-CV

**ELEVACITY, LLC, AND ROBERT OBLON, Appellants**
**V.**
**PRUVIT VENTURES, INC., Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00472-2018**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Bridges

Before the Court is the parties' March 20, 2019 joint motion to dismiss due to settlement.

We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(2).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180875F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ELEVACITY, LLC, AND ROBERT
OBLON, Appellants

No. 05-18-00875-CV     V.

PRUVIT VENTURES, INC., Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-00472-2018.
Opinion delivered by Justice Bridges.
Justices Partida-Kipness and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 27, 2019